IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CURTIS LUMBER COMPANY, INC.
D/b/a CALDWELL LUMBER COMPANY                                    PLAINTIFF

v.                                        2:08CV00107 JMM

LOUISIANA PACIFIC CORPORATION                                    DEFENDANT

## JUDGMENT

Pursuant to the Orders entered on May 26, 2009 and June 8, 2009, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 8th day of June 2009.

_____
James M. Moody
United States District Judge