**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CURTIS LUMBER COMPANY, INC.**
**D/b/a CALDWELL LUMBER COMPANY**                                    **PLAINTIFF**

**v.**                                    **2:08CV00107 JMM**

**LOUISIANA PACIFIC CORPORATION**                                    **DEFENDANT**

## ORDER

Pending are the motions in limine and objections to deposition designations filed by the

Defendant.  Plaintiff has responded to the motions.  After review of the pleadings and the

depositions, the Court finds as follows:

A.     Defendant's motion in limine regarding Doug Anderson (Docket # 63 & 98)

1.     The Court finds that Plaintiff will be allowed to read designated portions of Doug

Anderson's deposition at trial or, in the alternative, Anderson will be allowed to

testify at trial.

2.     The Court finds that email sent to Anderson by Curtis Lumber's counsel on July

6, 2007 is not admissible.

3.     The Court finds that Anderson's email of July 15, 2007 is admissible.

4.     The Court finds that Anderson's August 2, 2007, draft letters with accompanying

spread sheet are not admissible.  Objection sustained.

B.     Defendant's objections to Plaintiff's designation of Anderson's deposition

1.     Page 18, Lines 18-Page 19, Line 3; and Page 19, Lines 8-18- Overruled.

2.     Page 23, Lines 6-19- Sustained.

3.     Page 23, Line 20- Page 24, Line 12- Sustained.

4.     Page 24, Lines 18-25 (including Page 25, Line 17 - Page 28, Line 16; Page 31,

Lines 2 - 9; Page 31, Line 18 - Page 32, Line 14 & 20 - 22; Page 34, Line 16 - Page 40, Line 7; Page 43, Line 25 - Page 48, Line 21; Page 50, Lines 12 - 19; Page 52, Line 19 - Page 67, Line 4; Page 68, Line 7 - 77, Line 9; Page 82, Line 15 - Page 83, Line 10; and Page 88, Line 2 - Page 92, Line 21)- Overruled.

5.      Page 25, Line 5-Page 26, Line 19; and Page 27, Lines 1-6- Overruled.

6.      Page 38, Line 25 - Page 40, Line 7; and Page 42, Lines 4 - 9- Sustained.

7.      Page 52, Line 19 - Page 53, Line 18; Page 57, Lines 1 - 9; and Page 57, Line 20 - Page 58, Line 22- Overruled.

8.      Page 59, Line 6 - Page 65, Line 25- Sustained.

9.      Page 69, Line 19 - Page 70, Line 13- Sustained.

10.     Page 70, Line 24 - Page 76, Line 1; Page 78, Line 17 - Page 79, Line 22; and Page 80, Lines 10 - 14- Sustained.

11.     Page 78, Lines 21 - 25- Sustained.

12.     Page 83, Line 11 - Page 90, Line 22- Sustained.

13.     Page 84, Lines 8 - 14- Sustained.

14.     Page 91, Line 21 - Page 92, Line 21- Sustained.

15.     Page 93, Line 20 - Page 94, Line 21- Sustained.

C.      <u>Defendant's motion in limine regarding Michael Tutor</u> (Docket # 64)

1.      The Court finds that Plaintiff will be allowed to read designated portions of Michael Tutor's deposition at trial or, in the alternative, Tutor will be allowed to testify at trial.

D.      <u>Defendant's objections to Plaintiff's designations of Michael Tutor's deposition</u>

2

1.      Page 12, Lines 12 - 20- Overruled.

2.      Page 14, Lines 1 - 9- Overruled.

3.      Page 14, Lines 17 - 21- Overruled.

4.      Page 16, Line 3, "Their competitor . . ." - Line 24 - Sustained.

5.      Page 18, Line 12 - Page 19, Line 15- Sustained.

6.      Page 23, Line 12, "Of course what . . ." - Line 19- Overruled.

7.      Page 24, Lines 2 - 21- Overruled.

8.      Page 26, Lines 11 - 14- Sustained.

9.      Page 29, Lines 7 - 9- Overruled.

10.     Page 38, Line 23 - Page 39, Line 19- Sustained.

11.     Page 40, Line 18 - Page 41, Line 5- Sustained.

12.     Page 41, Lines 11 and 12- Overruled.

13.     Page 42, Line 15 - Page 44, Line 2- Overruled.

14.     Page 44, Line 25 - Page 46, Line 12- Sustained.

15.     Page 46, Lines 13 - 23- Sustained.

16.     Page 47, Line 8 - Page 48, Line 9- Sustained.

17.     Page 48, Lines 13 - 22- Sustained.

18.     Page 51, Line 23 - Page 52, Line 13- Sustained.

19.     Page 54, Lines 15 - 20- Overruled.

20.     Page 55, Lines 5 - 7- Overruled.

21.     Page 80, Lines 20 - 22- Sustained.

22.     Page 98, Line 19 - Page 99, Line 7- Sustained.

23.     Page 99, Line 24 - Page 100, Line 6- Sustained.

E.     Defendant's motion in limine regarding Chuck Gordon (Docket # 65 & 97)

1.     The Court finds that Plaintiff will be allowed to read designated portions of

       Chuck Gordon's deposition at trial or, in the alternative, Gordon will be allowed

       to testify at trial.  If Gordon testifies in person at trial, the Court may reconsider

       the Defendant's hearsay objections depending on the context of the statements.

F.     Defendant's objections to Plaintiff's designations of Chuck Gordon's deposition

1.     Page 20, Line 18 - Page 21, Line 9- Overruled.

2.     Page 24, Lines 11 - 17- Overruled.

3.     Page 31, Line 17 - Page 32, Line 3- Sustained.

4.     Page 39, Lines 14 - 20 and Page 41, Lines 19 - 22- Sustained.

5.     Page 42, Lines 5 - 11- Sustained.

6.     Page 43, Lines 14 - 18- The Court agrees that Exhibit 4 should be redacted to

       include only the e-mail from Mr. Gordon to Mr. Bazemore.  Sustained.

7.     Pages 86 - 87- Sustained.

8.     Page 46, Lines 10 - 13- Sustained

9.     Page 47, Line 15 - Page 50, Line 1- Sustained.

10.    Page 50, Lines 16 - 17- Sustained.

11.    Page 51, Lines 24 - Page 52, Line 2, "... LP depositions."- Overruled.

12.    Page 52, Line 24 - Page 53, Line 10- Sustained.

13.    Page 54, Line 12 - Page 55, Line 9- Overruled.

14.    Page 55, Line 14 - Page 56, Line 2; and Page 58, Line 5 - Page 59, Line 2-

Overruled.

15.     Page 59, Lines 17 - 20 and Page 60, Lines 14 - 24- Sustained.

16.     Page 61, Line 11 - Page 62, Line 3- Sustained.

17.     Page 68, Line 25 - Page 70, Line 8- Sustained.

18.     Page 101, Lines 6 - 18- Sustained.

19.     Page 111, Line 13 - Page 112, Line 17- Sustained.

In conclusion, Defendant's Motion for Order to Renew Pending motions (Docket # 96) is GRANTED.  Defendant's motions regarding Doug Anderson (Docket # 63 & 98), Defendant's motion regarding Michael Tutor (Docket # 64), and Defendant's motions regarding Chuck Gordon (Docket # 65 & 97) are GRANTED IN PART and DENIED IN PART.

IT IS SO ORDERED this 26st day of April, 2011.


James M. Moody
United States District Judge