**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CURTIS LUMBER COMPANY, INC.**
**D/b/a CALDWELL LUMBER COMPANY**                                **PLAINTIFF**

**v.**                                **2:08CV00107 JMM**

**LOUISIANA PACIFIC CORPORATION**                                **DEFENDANT**

**ORDER**

As to the Defendant's objections to the Plaintiff's designation of Chuck Gordon's deposition (Docket # 97), the Court finds :

1. Page 22, Line 9- Page 24, Line 5- Sustained.

2. Page 24, Lines 11 - 17- The Court has reconsidered its previous ruling on this designation. The objection is sustained.

3. Page 25, Line 2- Page 26, Line 17- Sustained.

4. Page 27, Line 9- Page 28, Line 3- Sustained.

IT IS SO ORDERED this 26th day of April, 2011.

_____
James M. Moody
United States District Judge