**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CURTIS LUMBER COMPANY, INC.**
**D/b/a CALDWELL LUMBER COMPANY**                                **PLAINTIFF**

v.                                          2:08CV00107 JMM

**LOUISIANA PACIFIC CORPORATION**                                **DEFENDANT**

### JUDGMENT ON JURY VERDICT

This action came on for trial May 3, 2011, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on May 6, 2011. The jury found in favor of the Plaintiff and against the Defendant on all claims and awarded damages in the amount of $34,134.61 in rebate payments, $6,177.00 in inventory, and $10,000.00 in interest.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Plaintiff is awarded $50,311.61 against the Defendant.

Dated this 10th day of May, 2011.

*James M. Moody*
James M. Moody
United States District Judge